UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAPITALSOURCE FINANCE LLC,       :
                                 :
        Plaintiff,               :
                                 :
        v.                       :      CASE NO.   3:9cv2148(RNC)
                                 :
                                 :
ANTHONY AUTORINO,                :
                                 :
        Defendant.               :

SCHEDULING ORDER

    After a status conference held on June 24, 2010, it is hereby
ORDERED that:

    1.   A hearing on the petitioner's motion for prejudgment
remedy shall be held on August 18, 2010, at 10:00 a.m. before the
undersigned in the East Courtroom.

    2.   Counsel for the parties shall confer in at attempt to
arrive at stipulations of fact and to agree on exhibits that may be
introduced without objection at the hearing.

    3.   By August 13, 2010, each party shall file a memorandum of
law.  In addition to setting forth its version of the facts and the
legal argument in support of its position, each party shall include
in its memorandum a list of witnesses who will testify at the
hearing and a brief description of each witness's testimony.

    4.   Also by August 13, 2010, the parties shall file the
stipulation of all facts not in dispute.

    5.   Also by August 13, 2010, each party shall file a list of
exhibits that will be introduced at the hearing.  The list shall

note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing.  The exhibit list shall denote the exhibit number and a brief description of the exhibit.  Prior to the beginning of the hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk.  Exhibit stickers are available from the courtroom deputy clerk.  All exhibits shall be marked numerically and say "Plaintiff" or "Defendant".  If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1).  If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5)  Each party shall prepare two courtesy copies of its documentary exhibits for the court's use during the hearing.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.  All copies shall be stamped "Copy" to distinguish them from the original exhibit.  The "Copy" stamp shall be in a color other than black to show that the word "copy" is not part of the exhibit itself.

SO ORDERED at Hartford, Connecticut this 28th day of June, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge